# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1352
(Opposition No. 91191681)

STONE LION CAPITAL PARTNERS, L.P.,

Appellant,

v.

LION CAPITAL LLP,

Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

STONE LION CAPITAL PARTNERS v LION CAPITAL LLP, 2013-1352

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.