**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

STONE LION CAPITAL PARTNERS   v.   LION CAPITAL LLP

No. 13-1353

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se      ✓ As counsel for:   Stone Lion Capital Partners, L.P.
                                     Name of party

I am, or the party I represent is (select one):

✓ Petitioner    ___ Respondent    ___ Amicus curiae    ___ Cross Appellant

___ Appellant    ___ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

✓ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Karol A. Kepchar |
| Law firm: | Akin Gump Strauss Hauer & Feld LLP |
| Address: | 1333 New Hampshire Avenue, N.W. |
| City, State and ZIP: | Washington, DC 20036 |
| Telephone: | 202-887-4101 |
| Fax #: | 202-887-4288 |
| E-mail address: | kkepchar@akingump.com |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/2/1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 5/8/13 | /s/ Karol A. Kepchar |
|---|---|
| Date | Signature of pro se or counsel |

cc: Counsel of record

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2013, I electronically filed the foregoing with the Clerk of the Court using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated:   May 8, 2013

*/s/ Karol A. Kepchar*
Karol A. Kepchar
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Phone: (202) 887-4000
Fax: (202) 887-4288
kkepchar@akingump.com

*Counsel for Stone Lion Capital Partners, L.P.*