Case: 13-1353   Document: 9   Page: 1   Filed: 05/09/2013

Form 9

FORM 9.  Certificate of Interest

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.   The full name of every party or amicus represented by me is:

_____
_____
_____

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____       _____
         Date                                    Signature of counsel

                                         _____
                                         Printed name of counsel

Please Note: All questions must be answered
cc: _____

# **CERTIFICATE OF SERVICE**

**2013-1353
(Opposition No. 91191681)
STONE LION CAPITAL PARTNERS, L.P.
v.
LION CAPITAL LLP**

The undersigned hereby certifies that a true and complete copy of the foregoing CERTIFICATE OF INTEREST has been served via first class mail, postage prepaid and placed in an official depository under exclusive care and custody of the United States Postal Service within the State of New York to the following counsel for appellant Stone Lion Capital Partners, LP:

>Karol Kepchar, Esq.
>Akin Gump Strauss Hauer & Feld LLP
>1333 New Hampshire Avenue, NW, Suite 400
>Washington D.C. 20036-1564

DATED: May 9, 2013                     /s/ Michael Chiappetta
                                        Michael Chiappetta

{F1223550.1 }