# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**JAN HORBALY**
**CLERK**

**TELEPHONE: 202-275-8000**

June 03, 2013

To: Michael Chiappetta

   Re: Appeal No. 13-1353
(Serial no. 91191681 ) , Stone Lion Capital Partners v. Lion Capital LLP

Dear Counsel:

   Your docketing statement cannot be filed for the following reason(s):

- The form is incomplete. All questions must be answered.

   A corrected docketing statement must be submitted to the clerk's office within 10 days from the date of this letter. Failure to do so would violate the court's instructions and could raise an issue regarding possible sanctions.

                        Very truly yours,

                        /s/ Jan Horbaly
                        Jan Horbaly
                        Clerk

cc: Ruthanne Mary Deutsch
Emily Curtis Johnson
Karol A. Kepchar
Patricia Ann Millett