NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**STONE LION CAPITAL PARTNERS, L.P.,**
*Appellant,*

v.

**LION CAPITAL LLP,**
*Appellee.*

13-1353
(Serial no. 91191681 )

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

O R D E R

Upon consideration of the appellant's unopposed motion to extend time to file its principal brief until July 24, 2013,

IT IS ORDERED THAT:

The motion is granted.

                                FOR THE COURT

June 11, 2013                  <u>/s/ Jan Horbaly</u>
                                    Jan Horbaly
                                    Clerk

cc: Michael Chiappetta
Ruthanne Mary Deutsch
Emily Curtis Johnson
Karol A. Kepchar
Patricia Ann Millett