NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**STONE LION CAPITAL PARTNERS, L.P.,**
*Appellant,*

v.

**LION CAPITAL LLP,**
*Appellee.*

---

13-1353
(Serial no. 91191681 )

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellant Stone Lion Capital Partners, L.P.'s unopposed motion to extend time to file its principal brief until August 23, 2013,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

July 12, 2013 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

cc: Michael Chiappetta
Ruthanne Mary Deutsch
Emily Curtis Johnson
Karol A. Kepchar
Patricia Ann Millett